UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

FILED
AUG 14 1998

Michael N. Milby, Clerk of Court

USA

versus

Campos

§
§
§
§
§
§
§

CIVIL ACTION B-97-195

Order of Dismissal for Want of Prosecution

Because the summons has not been served within 120 days of the filing of the complaint, this action is dismissed without prejudice for want of prosecution. Fed. R. Civ. P. 4(m).

Signed  August 14 , 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge